# Exhibit 1

Part 1

**From:** Josh Johnson [mailto:josh@joshuajohnsonphotography.com]
**Sent:** Tuesday, January 05, 2016 11:06 PM
**To:** Joel Rothman
**Subject:** 184 Butch Cassidy Images Part II



























